# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 18-30785 KKS
**Case Name:** STEWART, BRENDA SUE

**Period Ending:** 12/31/18

**Trustee:** (290330)   Mary W. Colon, chapter 7 trustee
**Filed (f) or Converted (c):** 08/27/18 (f)
**§341(a) Meeting Date:** 10/23/18
**Claims Bar Date:** 03/08/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 569 3rd Ave, Holt, FL 32564-9355, Okaloosa<br>short sale to pursue with BK Global | 72,374.00 | 0.00 | | 0.00 | 5,500.00 |
| 2 | 1994 Isuzu Regular Cab Pickup | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | Hosusehold goods | 575.00 | 0.00 | | 0.00 | FA |
| 4 | Printer, Small Television set, mobile phone | 45.00 | 0.00 | | 0.00 | FA |
| 5 | Used personal wardrobe and accessories | 100.00 | 0.00 | | 0.00 | FA |
| 6 | costume/decorative pieces | 50.00 | 0.00 | | 0.00 | FA |
| 7 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Wells Fargo Checking Account | 16.05 | 0.00 | | 0.00 | FA |
| 9 | 2018 tax refund<br>estimated | 500.00 | 500.00 | | 0.00 | 1,000.00 |
| 10 | ***duplicate**** | 0.00 | 0.00 | | 0.00 | FA |
| 10 | **Assets** **Totals** (Excluding unknown values) | **$74,710.05** | **$500.00** | | **$0.00** | **$6,500.00** |

**Major Activities Affecting Case Closing:**

mortgage is with US Rural Development
BK Global & Assurance Realty of NWFL to sell 569 3rd Ave, Holt, FL
Claims bar to run 3-8-19
2018 tax return/refund (noticed 11-9-18)
EIN to be applied for
TFR
TDR

Printed: 01/16/2019 10:16 AM    V.14.14

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 18-30785 KKS  
**Case Name:** STEWART, BRENDA SUE  

**Period Ending:** 12/31/18

**Trustee:** (290330)    Mary W. Colon, chapter 7 trustee  
**Filed (f) or Converted (c):** 08/27/18 (f)  
**§341(a) Meeting Date:** 10/23/18  
**Claims Bar Date:** 03/08/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Application to Employ BK Global filed doc. 14.  
Emailed 9-25-18 requesting access and mortgage statement  
offer from Potthast re: 569 3rd Ave, Holt, FL

**Initial Projected Date Of Final Report (TFR):** October 30, 2019    **Current Projected Date Of Final Report (TFR):** October 30, 2019

_____ January 16, 2019  
Date

/s/ Mary W. Colon, chapter 7 trustee  
_____  
Mary W. Colon, chapter 7 trustee