**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**IN RE:**                                          **CASE NO: 18-30785-KKS**
                                                    **CHAPTER 7**

**BRENDA SUE STEWART,**

   **Debtor(s).**

_____/

**MOTION FOR TURNOVER OF DOCUMENTS OF THE DEBTOR(S)**

---

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr.P. 9006(f).

If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the Trustee, Mary W. Colón, Trustee, P. O. Box 14596, Tallahassee, FL 32317, and any other appropriate person within the time allowed.  If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief request in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

**COMES NOW**, Mary W. Colón, Chapter 7 Trustee, and files this Motion for Turnover of Documents of the Debtor(s) and states as follows:

1.    The Debtor(s) filed a Chapter 7 petition for relief under Bankruptcy Code on 08/27/18.

2.    The Section 341 meeting was held on 10/23/18 and continued to 11/26/18.

3.    Debtor's schedules show Debtor owns real property located at 569 3rd Ave., Holt, Florida.

4.    BK Global Real Estate Services, is employed as a Real Estate Agent in this case (Doc. 16).

5.    BK Global is currently pursuing a short sale of the property, with a cutout to the Estate, with the lienholder, USDA Rural Development ("USDA").

6.    USDA will not provide information to BK Global without a complete loan number.

7.    Trustee has made repeated requests for a mortgage statement showing the complete loan number from Debtor.

8.    To date, Debtor has not provided the requested information to Trustee.

9.    The document(s) are necessary to evaluate whether assets are available to administer in this estate.

10.    The Trustee requests that this Court order the Debtor(s) to turnover the items which are the subject of this motion to Trustee within thirty (30) days.

**WHEREFORE,** Mary W. Colón, Chapter 7 Trustee, requests that this Court require the Debtor(s) to turnover a copy of a mortgage statement within twenty (20) days to Trustee, and for such other and further relief as this Court deems proper.

**DATED:**  July 16, 2019.

/s/  Mary W. Colón
Mary W. Colón
Chapter 7 Trustee
Post Office Box 14596
Tallahassee, FL 32317
Florida Bar no. 0184012
Telephone: (850) 241-0144
Facsimile: (850) 702-0735
trustee@marycolon.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the

foregoing has been furnished by U.S. Mail with postage prepaid to

Brenda Sue Stewart, 569 3rd Ave, Holt, FL 32564-9355; William T

Shaffer, Esq., William T Shaffer, Esq., 146 Woodruff Ave. West,

Crestview, FL 32536; and Charles Edwards, Esq., Office of the U.S.

Trustee, 110 East Park Ave, Suite 128, Tallahassee, Florida 32301

on July 16, 2019.

/s/ Mary W. Colón
Mary W. Colón